UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **IDAHO POWER COMPANY**, an Idaho Corporation, <br><br> Defendant. | Case No. **2:20-cv-02282-HL** <br><br><br> **JUDGMENT** |

This Court has considered the Joint Stipulation of Dismissal filed by all parties in this case and, having been advised by counsel that the parties have agreed that this case should be dismissed with prejudice and that all parties should bear their own costs, expenses, and attorneys' fees, orders as follows:

1. This case is dismissed with prejudice.

2. Each party shall bear its own costs, expenses, and attorney's fees.

DATED this __23rd__ day of _____August_____, 2022.

_____
ANDREW D. HALLMAN
United States Magistrate Judge